IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**REBECCA MESSER,**

    **Plaintiff,**

v.                                                Case No. 5:15cv196-MW/GRJ

**SOVEREIGN HEALTHCARE OF
BONIFAY, LLC, d/b/a BONIFAY
NURSING AND REHAB CENTER,**

    **Defendant.**

_____/

**ORDER APPROVING JOINT MOTION FOR
APPROVAL OF SETTLEMENT AGREEMENT
<u>AND DISMISSING CASE</u>**

Plaintiff and Defendant jointly move this Court to approve the settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA"). ECF No. 10.

This Court has reviewed the proposed settlement in accordance with *Lynn's Food Stores, Inc. v. United States, US Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and the bona fide disputes over the FLSA provisions and because Defendants are paying Plaintiff's reasonable attorneys' fees and costs.

This Court approves the Settlement and dismisses the case with prejudice.

For these reasons,

1

**IT IS ORDERED**:

1. The Joint Motion for Approval of Settlement Agreement, ECF No. 10, is **GRANTED**.

2. The parties must comply with their settlement agreement.

3. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

4. The Clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The Clerk must close the file.

6. This Court retains jurisdiction to enforce the terms of the settlement agreement.

**SO ORDERED on March 15, 2017.**

                                            <u>**s/Mark E. Walker**</u>
                                            **United States District Judge**